IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00330-GPG

LEILA McCOY,

     Plaintiff,

v.

COLORADO SPRINGS HOUSING AUTHORITY,
NADINE GARCIA, In her Individual and Professional Capacities, and
LISA PACHECO-HIRTHLER, In her Individual and Professional Capacities,

     Defendants.

---

ORDER DRAWING CASE

---

     After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that

this case does not appear to be appropriate for summary dismissal and that the case

should be drawn to a presiding judge and when appropriate to a magistrate judge

pursuant to D.C.COLO.LCivR 40.1.   Accordingly, it is

     ORDERED that this case shall be drawn to a presiding judge and when

appropriate to a magistrate judge.

     DATED February 18, 2016, at Denver, Colorado.

                BY THE COURT:



              _____

Gordon P. Gallagher
United States Magistrate Judge